NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RASHIDI ABDU GIBSON,          )
                              )
    Appellant,          )
                              )
v.                            )          Case No.  2D17-2829
                              )
STATE OF FLORIDA,             )
                              )
    Appellee.          )
_____)

Opinion filed December 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Howard L. Dimmig, II, Public Defender, and
Joseph N. D'Achille, Jr., Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


    Affirmed.



LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.